IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| JEANIE LEE JULIAN | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-12-1275-D |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the Social<br>Security Administration, | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff brought this action pursuant to 42 U.S.C. §405(g) for review of the decision of the Commissioner of the Social Security Administration denying Plaintiff's application for disability and supplemental security income benefits. The matter was referred to United States Magistrate Judge Shon T. Irwin for initial proceedings in accordance with 28 U.S.C. §636 (b)(1)(B). The parties fully briefed their respective positions and, on December 30, 2013, the Magistrate Judge filed his Report and Recommendation [Doc. No. 18] in which he recommended that the Court reverse the decision of the Commissioner and remand the matter for further administrative proceedings.

In the Report and Recommendation, the Magistrate Judge advised the parties of the right to file objections to same and directed the parties to file any objections no later than January 13, 2014. The Magistrate Judge further admonished the parties that failure to timely object would constitute a waiver of the right to appeal. The deadline for filing objections has expired; to date, neither party has filed objections or sought an extension of time in which to do so. Accordingly, the Report and Recommendation [Doc. No. 18] is adopted as though fully set forth herein.

In accordance with the foregoing, the decision of the Commissioner denying Plaintiff's

application for supplemental security income benefits and disability benefits is REVERSED. This matter is REMANDED to the Commissioner for further administrative proceedings, as more fully set forth in the Report and Recommendation.

IT IS SO ORDERED this 23rd day of January, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE